# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NED BRUEN,<br><br>    Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*<br><br>    Respondents. | 3:02-cv-00148-LRH-RAM<br><br>ORDER |

Respondents' motion (#62) for enlargement of time is GRANTED, and the time for the respondents to respond to the petition is extended up to and including January 14, 2008.

DATED this 26th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE