AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

NED BRUEN,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3-02-cv-148-LRH-RAM**

CRAIG FARWELL, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XXX**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

     Judgment is entered for respondents.

  September 1, 2009                  **LANCE S. WILSON**
                                                  Clerk

                                                    /s/ Lia Griffin
                                                    Deputy Clerk